Nathan F. Smith, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
nathan@mclaw.org

Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA, PRESCOTT DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 3:14-bk-16853-DPC |
| KENNETH DAVID MCKNIGHT AND ELISA ROBINSON MCKNIGHT | Chapter 13 |
| DEBTORS, | |
| Bank of America, N.A., | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)** |
| Movant, vs. | [Re: 8655 Laramie Road, Flagstaff, AZ 86004] |
| Kenneth David McKnight and Elisa Robinson McKnight, Debtors, and Edward J. Maney, Trustee, | |
| Respondents. | |

Bank of America, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 8655 Laramie Road, Flagstaff, AZ 86004 (the "Property"). Certain facts and circumstances in support of this Motion are set forth in the Declaration in Support of Motion for Relief from Automatic Stay filed contemporaneously herewith. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with

respect to the Debtors on November 11, 2014.

2. A Chapter 13 Plan was confirmed on October 11, 2016.

3. Kenneth D. McKnight has executed and delivered that certain promissory note in the original principal amount of $300,000.00 (the "Note"). A true and correct copy of the Note, with all amendments, allonges, endorsements and/or assignments, is attached hereto as Exhibit "A." Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under the Note and the Deed of Trust with respect to the Loan are secured by the Property. A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B."

5. All rights and remedies under the Deed of Trust have been assigned to the Movant pursuant to that certain Assignment of Deed of Trust. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C."

6. The Obligations have been modified pursuant to a loan modification, a true and correct copy of which is attached hereto as Exhibit "D."

7. As of August 14, 2017, the outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $258,056.03 |
| Unpaid, Accrued Interest | $5,436.81 |
| Uncollected Late Charges | $0.00 |
| Mortgage Insurance Premiums | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor(s) | $1,730.45 |
| Other Costs | $0.00 |
| **Less**: Partial Payments | ($229.16) |
| Minimum Outstanding Obligations | $264,994.13 |

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $1,031.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtors:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 7 | 09/01/2016 | 03/01/2017 | $1,258.55 | $8,809.85 |
| 5 | 04/01/2017 | 08/01/2017 | $1,287.02 | $6,435.10 |
| Less postpetition partial payments: | | | | ($229.16) |
| | | | | **Total: $15,015.79** |

10. Attached as Exhibit "E" is a postpetition payment history with respect to the Obligations.

11. The fair market value of the Property is $231,916.00. The basis for such valuation is the Schedules of the Debtors. True and correct copies of Debtors` Schedules "A" and "D" are attached hereto as Exhibit "F."

12. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $319,994.13.

13. Cause exists for relief from the automatic stay for the following reasons:

(a) Postconfirmation payments required by the confirmed plan have not been made to Movant.

14. Residential Property Pre-Filing Certification. Pursuant to Local Rule 4001-1(b), Movant certifies that (i) Movant's counsel sent a letter seeking to resolve the issues necessitating this Motion to Counsel for the Debtor(s) or the Debtor(s), if the Debtor(s) is/are without counsel, and that after sincere effort the parties have been unable to resolve the matter, and (ii) the letter was sent at least seven days prior to the filing of the Motion.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy

case to a case under any other chapter of Title 11 of the United States Code.

      3.    For such other relief as the Court deems proper.

DATED: August 25, 2017                       Respectfully Submitted,

                                          */s/ Nathan F. Smith*
                                          Nathan F. Smith
                                          Nevada Bar No. #029780
                                          Attorney for Movant