Nathan F. Smith, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
nathan@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PRESCOTT DIVISION

| | |
|---|---|
| In re:<br><br>Kenneth David McKnight and Elisa Robinson McKnight,<br>                Debtors.<br>MTGLQ Investors, L.P., successor in interest to Bank of America, N.A. and its successors and/or assignees,<br><br>                Movant,<br>vs.<br><br>Kenneth David McKnight and Elisa Robinson McKnight, Debtors, and Edward J. Maney, Trustee,<br><br>                Respondents. | Bankruptcy Case No. 3:14-bk-16853-DPC<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION** |

       The court has reviewed and considered the Stipulation for Adequate Protection entered into by MTGLQ Investors, L.P., successors in interest to Bank of America, N.A. and its successors and/or assignees by Selene Finance, LP as servicer ("Movant") through its counsel of record, Nathan F. Smith of Malcolm & Cisneros, and Kenneth David McKnight and Elisa Robinson McKnight, ("Debtors") by counsel of record, Michael Reddig, filed April 17, 2018 as docket entry number 100 for property at 8655 Laramie Road, Flagstaff, AZ 86004 ("Property").

       **IT IS HEREBY ORDERED** that the Stipulation is approved.

DATED AND SIGNED ABOVE