B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re Kenneth David McKnight; Elisa Robinson McKnight; fka Elisa Robinson,     Case No. 3:14-bk-16853-DPC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust | MTGLQ Investors, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   c/o SN Servicing Corporation
   323 Fifth Street
   Eureka, CA 95501

Court Claim # (if known): 5-1
Amount of Claim: $273,479.09
Date Claim Filed: 01/06/2015

Phone: 800-603-0836
Last Four Digits of Acct #: 7372

Phone:
Last Four Digits of Acct. #: 3713

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile     Date: 04/12/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.